UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCHAEL AARON WITKIN,<br><br>Plaintiff,<br><br>v.<br><br>D. WAGNER, et al.,<br><br>Defendants. | No. 2:20-cv-00267-WBS-CKD<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On April 16, 2020, the court screened plaintiff's complaint and gave him the option of proceeding on a First Amendment claim against defendant Wagner or of amending his complaint.  Plaintiff has notified the court of his intention to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file a first amended complaint within 30 days from the date of this order.
2. Failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

Dated:  May 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/witk0267.amend.docx

1