1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL AARON WITKIN,                    No.  2:20-cv-0267 WBS CKD P

12                    Plaintiff,

13         v.                                  ORDER

14    D. WAGNER, et al.,

15                    Defendants.

16

17         Plaintiff has filed a motion for extension of time to file objections to the December 10,

18    2020 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 20) is granted; and

20         2.  Plaintiff is granted up to and including January 14, 2021 to file objections.

21    Dated:  December 28, 2020

22                                             _____
                                               CAROLYN K. DELANEY
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26    12/witk0267.36.docx

27

28