UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:20-cv-00267-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| D. WAGNER, et al., | |
| Defendants. | |

On October 12, 2021, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's order denying plaintiff's motions to amend and to modify the discovery and scheduling order. The magistrate judge's order also granted defendants' motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections to the magistrate judge's September 20, 2021 order (ECF No. 49) are construed as a motion for reconsideration.
2. So construed, the motion is denied.

/////

Dated: October 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/witk0267.mfr.docx