1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL AARON WITKIN,                    No.  2:20-cv-0267-WBS-CKD P

12               Plaintiff,

13        v.                                   ORDER

14    D. WAGNER, et al.,

15               Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 13, 2022, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                                1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed May 13, 2022, are adopted in full;

3    2.  Defendants' motion for summary judgment (ECF No. 56) is granted;

4    3.  Plaintiff's cross-motion for summary judgment (ECF No. 57) is denied; and

5    4. The Clerk of Court is directed to enter judgment for defendants Wagner and Hagerman

6    and to close this case.

7    Dated:  June 24, 2022

       WILLIAM B. SHUBB
8      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16   12/witk0267.805

17

18

19

20

21

22

23

24

25

26

27

28

2